IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON FRITTS                                                                                           PLAINTIFF
ADC #120999

V.                                                   NO: 5:10CV00187 HDY

CORRECTIONAL MEDICAL
SERVICES, INC. *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19 day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE